UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| Terria Holcomb, as Personal Representative for the Estate of Darius L.J. Holcomb,<br><br>                Plaintiff,<br><br>vs.<br><br>City of Spartanburg; Dylan Davis; and Sean Jacob Coats,<br><br>                Defendants. | Case No.:<br><br>**Defendant City of Spartanburg's Answers to Local Rule 26.01 Interrogatories** |

Pursuant to Rule 26.01 of the Local Rules of the United States District Court for the District of South Carolina, the Defendant submits the following answers to interrogatories as required by the Court.

1. State the full name, address and telephone number of all persons or legal entities who may have subrogation interest in each claim and state the basis and extent of said interest.

    **Response #1: None.**

2. As to each claim, state whether it should be tried by jury or non-jury and why.

    **Response #2: The Defendant demands a trial by jury.**

3. State whether the party submitting these responses is a publicly owned company and separately identify: (1) any parent corporation and any publicly held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly owned company of which it is a parent; and (3) each publicly owned company in which the party owns ten percent (10%) or more of the outstanding shares.

1

**Response #3: Not applicable.**

4. State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**Response #4: The Defendant does not contest the filing of this case in this division.**

5. Is the action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number in the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the relation action. Counsel should disclose any cases which may be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happening or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**Response #5: None.**

6. If the Defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleadings reflecting the correct identification.

**Response #6: The Defendant City of Spartanburg is properly identified.**

7. If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

**Response #7: The Defendant is not aware of any such party or entity that is not already named in this suit.**

8. In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, name and identify the citizenship of every individual or entity who citizenship is attributed to that party or intervenor. This response must be supplemented when any later event occurs that could affect the court's jurisdiction under § 1332(a).

**Response #8:** Not applicable.

Respectfully submitted,

s/Stacey Todd Coffee
Stacey Todd Coffee, Esq. (Fed. ID 6812)
1805 North Boulevard
Anderson, South Carolina 29621
Phone: (864) 226-1910
Fax: (864) 226-1931
Email: coffee@loganandjolly.com
Attorney for Defendant City of Spartanburg

Date: 4/1/25