UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| TERRIA HOLCOMB, as Personal Representative for the ESTATE OF DARIUS L.J. HOLCOMB, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF SPARTANBURG; DYLAN DAVIS; and SEAN JACOB COATS <br><br> Defendants. | Civil Action No.: 7:25-cv-02731-JDA-WSB <br><br> **PLAINTIFF'S RULE 26.01 ANSWERS TO INTERROGATORIES** |

Pursuant to Rule 26.01 of the Local Civil Rules for the United States District Court, District of South Carolina, Plaintiff answers as follows:

> A. State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of that interest.

**ANSWER: None known to Plaintiff at this time.**

> B. As to each claim, state whether it should be tried by jury or nonjury and why.

**ANSWER: Plaintiff asserts that each claim alleged should be tried by a jury.**

> C. State whether the party submitting these responses is a publicly-owned company and separately identify: (1) any parent corporation and any publicly-held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly-owned company of which it is a parent; and (3) each publicly-owned company in which the party owns ten percent (10%) or more of the outstanding shares.

**ANSWER: Plaintiff is an individual representing a decedent's estate and is not a publicly owned company.**

> D. State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division). *See* Local Civ. Rule 3.01 (D.S.C.).

**ANSWER: Venue is proper in this division under Local Civil Rule 3.01(A)(1) as a substantial part of the events or omissions giving rise to the Plaintiffs' claims occurred within Spartanburg County, South Carolina.**

E.  Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal?  If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action.  Counsel should disclose any cases which *may be* related regardless of whether they are still pending.  Whether cases *are* related such that they should be assigned to a single judge will be determined by the clerk of court based on a determination of whether the cases arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**ANSWER: This matter is related to a pending civil matter filed in this District.** *See Terria Holcomb, as Personal Representative of the Estate of Darius L.J. Holcomb v. Spartanburg County et al.*, **Civil Action No.: 7:24-cv-1145-JDA-KFM ("Holcomb I").**

**The instant case and the related case both arise from the February 2, 2023 shooting death of Plaintiff's decedent Darius Holcomb by law enforcement and, thus, involve claims arising from the same nucleus of operative facts.**

**The deadlines set forth in the scheduling order issued in the related case (Holcomb I) were temporarily stayed pending the filing of this action in state court and subsequent removal and consolidation with** *Holcomb I*.  *See Holcomb I*, **ECF No. 42.**

Respectfully submitted,

        **COLIN RAM LAW, LLC**

        */s/ Colin V. Ram*
        Colin V. Ram (Fed. Bar No.: 12958)
        941 Houston Northcutt Blvd., Suite 203
        Mount Pleasant, SC 29464
        colin@sctrial.com
        (843) 278-7000

        Attorney for the Plaintiff

April 10, 2025
Mount Pleasant, South Carolina